GARY P. SINKELDAM, ESQ.
Nevada State Bar No. 6500
AMY R. LANCASTER, ESQ.
Nevada State Bar No. 9608
LAW OFFICE OF GARY P. SINKELDAM
844 E. Sahara Avenue
Las Vegas, NV 89104
(702) 866-0089   Facsimile: (702) 866-0093

Attorneys for Defendants CHARLIE WILLIAMS
erroneously sued as "Charlie Williams
a.k.a. Charles Willow" AND DODD DIESEL INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DALE WATT and ALICIA WATT,<br><br>　　　Plaintiffs,<br>vs.<br><br>CHARLIE WILLIAMS a/k/a CHARLES WILLOW; DODD DIESEL, INC., a Colorado corporation; PACCAR, INC., a Minnesota foreign corporation; KENWORTH TRUCK COMPANY, a division of PACCAR, INC.; DAIMLER TRUCKS NORTH AMERICAN LLC, a Nevada foreign limited liability company dba WESTERN STAR TRUCKS, and DOES 1 through 40, et al.<br><br>　　　Defendants. | NO. 2:10-cv-00210-RLH-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE** |

**STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE**

**IT IS HEREBY STIPULATED** by the parties hereto that the Complaint filed in the above-action be dismissed with prejudice, each party to bear their own costs and attorneys' fees pursuant to a settlement reached in the case.

///
///
///

1

**IT IS FURTHER STIPULATED** by the parties hereto that the entire action be dismissed with prejudice.

**IT IS SO STIPULATED.**

DATED: October ___, 2010          **AYRES & ASSOCIATES**

_____
WILLIAM AYRES, ESQ.
Attorney for Plaintiffs DALE WATT AND ALICIA WATT

DATED: October 18, 2010          **LAW OFFICE OF GARY P. SINKELDAM**

*[signature]*
_____
GARY P. SINKELDAM, ESQ.
AMY R. LANCASTER, ESQ.
Attorneys for Defendants CHARLIE WILLIAMS erroneously sued as "Charlie Williams a.k.a. Charles Willow" AND DODD DIESEL INC.

DATED: October 15, 2010          **MURCHISON & CUMMING, LLP**

*[signature]*
_____
RICHARD C. MORENO, ESQ.
SUZETTE ANG, Esq.
Attorney for Defendant Paccar, Inc.

**IT IS FURTHER STIPULATED** by the parties hereto that the entire action be dismissed with prejudice.

**IT IS SO STIPULATED.**

DATED: October 15, 2010      **AYRES & ASSOCIATES**

_____
WILLIAM AYRES, ESQ.
Attorney for Plaintiffs DALE WATT AND ALICIA WATT

DATED: October ___, 2010      **LAW OFFICE OF GARY P. SINKELDAM**

_____
GARY P. SINKELDAM, ESQ.
AMY R. LANCASTER, ESQ.
Attorneys for Defendants CHARLIE WILLIAMS erroneously sued as "Charlie Williams a.k.a. Charles Willow" AND DODD DIESEL INC.

DATED: October ___, 2010      **MURCHISON & CUMMING, LLP**

_____
RICHARD C. MORENO, ESQ.
SUZETTE ANG, Esq.
Attorney for Defendant Paccar, Inc.

2

RE: Watt v. Williams, et al, NO. 2:10-cv-00210-RLH-PAL

## ORDER OF DISMISSAL

Upon Stipulation of the parties hereto in the above-entitled action, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT** the Complaint in the above-entitled matter be dismissed with prejudice, each party to bear its own costs and attorneys' fees pursuant to a settlement reached in the case.

**IT IS FURTHER ORDERED THAT** the entire action in the above-entitled matter be dismissed with prejudice.

DATED this 26th day of October, 2010.

_____
CHIEF UNITED STATES DISTRICT JUDGE

3